Cindy LANGDON, Appellant,

v.

Steven ARKIN, M.D., Respondent.

No. WD 74363.

Missouri Court of Appeals,
Western District.

Aug. 21, 2012.

Michael T. Yonke and Thomas R. Onik, Kansas City, MO, for appellant.

Charles H. Stitt and Jayson A. Ford, Kansas City, MO, for respondent.

Before Division One: JAMES E. WELSH, Chief Judge, Presiding, LISA WHITE HARDWICK and GARY D. WITT, Judges.

### ORDER

PER CURIAM.

Cindy Langdon appeals the circuit court's judgment dismissing, with prejudice, her petition for damages against Steven Arkin, M.D., for failure to prosecute. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the dismissal judgment.

AFFIRMED. Rule 84.16(b).